IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALENTIN FELICIANO,

    Plaintiff,

v.

DR. IGBINOSA, et al.

    Defendants.

No. C 15-05074 HRL (PR)

**ORDER OF TRANSFER**

    Plaintiff, a state prisoner proceeding *pro se*, filed a complaint in the Superior Court of the State of California, in and for the County of Monterey, entitled *Feliciano v. Dr. Igbinosa, et al.*, Case No. M133167. Defendants D. Bright and I. Ogbuehi moved for removal of the case to this court. (Docket No. 1.) Plaintiff's complaint alleges a constitutional violation of the Eighth Amendment of the United States Constitution based on Plaintiff being housed at Pleasant Valley State Prison, an area he alleges is endemic for valley fever . (Docket No. 1-2 at 10-12.) Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

Order of Transfer
P:\PRO-SE\HRL\CR.15\05074Feliciano_transfer CAED.wpd

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | DATED: 11/13/15 |

HOWARD R. LLOYD
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTIN FELICIANO,

    Plaintiff,

v.

IGBINOSA, et al.,

    Defendants.

Case No. 15-cv-05074-HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valentin Feliciano ID: AE 6644
Correctional Training Facility CW-130-Low
P.O. Box 689
Soledad, CA 93960

Dated: November 13, 2015

Susan Y. Soong
Clerk, United States District Court

By: _____
Patty Cromwell, Deputy Clerk to the
Honorable HOWARD R. LLOYD